**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 17-1544**

JOHN S. STRITZINGER,

        Plaintiff - Appellant,

    v.

UPLAND POLICE DEPARTMENT; NORWOOD POLICE DEPARTMENT; ENTERPRISE RENTAL CAR; COMMONWEALTH OF PENNSYLVANIA; DOLLAR RENT A CAR,

        Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Terry L. Wooten, Chief District Judge.  (3:15-cv-04796-TLW)

Submitted:  July 20, 2017                      Decided:  July 24, 2017

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John S. Stritzinger, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John S. Stritzinger appeals the district court's order adopting the magistrate judge's recommendation and dismissing his complaint for failing to comply with a court order. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Stritzinger's informal brief does not challenge the basis for the district court's disposition, Stritzinger has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, although we grant Stritzinger leave to proceed in forma pauperis, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*